IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUCIOUSE VANDRELL CARTER, JR., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:24-cv-279-RAH ) |
| KNAUF INSULATION, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

On November 15, 2024, the Magistrate Judge filed a Recommendation (doc. 15) to which no timely objections have been filed. The Magistrate Judge recommends that this action be dismissed without prejudice. (Doc. 15 at 3.) Upon an independent review of the file and upon consideration of the Recommendation, it is **ORDERED** as follows:

1. The Recommendation (doc. 15) is **ADOPTED**; and
2. This case is **DISMISSED WITHOUT PREJUDICE**.

**DONE**, on this the 7th day of March 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE